| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Henderson, Karen L. | 2. Court or Organization US Circuit Court of Appeals | 3. Date of Report 5/15/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5. ReportType (check appropriate type) ● Nomination, Date ● Initial ● Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address US Courthouse, Room 3118 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED Mar 16 1 31 PM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Henderson, Karen L | 5/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

■ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| I. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| I. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| [ ] NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| Wachovia Bank Account | A | Interest | J | T | | | | | |
| Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | See VIII |
| Citigroup Account Contains: | | | | | | | | | |
| **Municipal Money Market Fund Cl A | A | Dividend | J | T | | | | | |
| **AT&T Corp.: Common | | None | | | Sell | 10/26 | J | | |
| **Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| **SBC Communications Inc.: Common | A | Dividend | J | T | | | | | |
| **Lucent Technologies, Inc.: Common | | None | J | T | | | | | |
| **NCR Corp: Common | | None | J | T | | | | | |
| **Avaya Inc.: Common | | None | J | T | | | | | |
| **Agere Systems Inc. Class A: Common | | None | J | T | | | | | |
| **Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| **International Business Machines: Common | A | Dividend | J | T | | | | | |
| IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| IRA: Citigroup Contains: | | | | | | | | | |
| **AT&T Corp.: Common | | None | | | Sell | 10/26 | J | B | |
| **Bell South Corp.: Common | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt fr prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 9. **SBC Communications Inc.: Common | B | Dividend | K | T | | | | | |
| 0. **Citigroup Inc.: Common | B | Dividend | L | T | | | | | |
| 1. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 2. **Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 3. **NCR Corp.: Common | | None | J | T | | | | | |
| 4. **Avaya Inc.: Common | | None | J | T | | | | | |
| 5. **Citigroup Cash Accounts | A | Interest | K | T | | | | | |
| 6. **Agere Systems Inc. Class A: Common | | None | J | T | | | | | |
| 7. **Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 8. **Travelers Ppty Cas Corp Class A: Common | | None | | | Merger | 4/02 | J | | See VIII |
| 9. **Travelers Ppty Cas Corp Class B: Common | | None | | | Merger | 4/02 | J | | See VIII |
| 0. **St. Paul Travelers Co.: Common | A | Dividend | J | T | Merger | 4/02 | J | | See VIII |
| 1. Merrill Lynch Account Contains: | | | | | | | | | |
| 2. **Federal Signal Corp.: Common | B | Dividend | L | T | | | | | |
| 3. **Schlumberger Ltd: Common | B | Dividend | M | T | | | | | |
| 4. **Electronic Data Sstems Corp.: Common | A | Dividend | J | T | | | | | |
| 5. **Pickens Cnty SC School District Series A 5.05% | B | Interest | | | Redeemed | 5/03 | K | | |
| 6. **Greenwood County SC Hosp Rev Mbia 5.4% | A | Interest | | | Redeemed | 3/10 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | **South Carolina State Budget Cntl 4.95% | B | Interest | L | T | | | | | |
| 38. | **South Carolina State Budget Cntl 4.85% | B | Interest | L | T | | | | | |
| 39. | **Chester SC Met Dist Wtr Rev 4.7% | B | Interest | L | T | | | | | |
| 40. | **Spartanburg Co SC School District 5 5.3% | A | Interest | J | T | | | | | |
| 41. | **Horry County SC School District Series A 5.0% | B | Interest | K | T | | | | | |
| 42. | **Hilton Head Pub Svc Dist #1 SC 5.3% | B | Interest | K | T | | | | | |
| 43. | **Barnwell County SC School District No. 45 4.95% | A | Interest | | | Redeemed | 02/02 | K | | |
| 44. | **Myrtle Beach SC Ctfs Partn Con Ctr 4.4% | C | Interest | M | T | | | | | |
| 45. | **Myrtle Beach SC Ctfs Partn Con Ctr 4.5% | B | Interest | L | T | | | | | |
| 46. | **Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | | | | | |
| 47. | **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 48. | **South Carolina Jobs EDA Hosp Facs Rev A Rf Ambac 5.1% | A | Interest | J | T | | | | | |
| 49. | **North Charleston SC Cop Imp-Coliseum RF OID 5.0% | B | Interest | L | T | | | | | |
| 50. | **Berkeley County SC SD Cop Sf Frp OID Ambac 6.3% | B | Interest | | | Redeemed | 02/02 | L | | |
| 51. | **South Carolina St Hsg Fn Dev Auth Mtg Rv 5.5% | A | Interest | J | T | Redeemed | 09/01 | J | | See VIII |
| 52. | **Piedmont Mun Pwr Agy Sc Elec Ser A Rfdg 5.0% | B | Interest | | | Redeemed | 01/02 | K | | |
| 53. | **South Carolina SC St Hwy Ser A 4.3% | A | Interest | | | Redeemed | 02/02 | K | | |
| 54. | **Columbia SC Wtrwks-Swr Sys Rev 5.0% | A | Interest | | | Redeemed | 02/02 | K | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. **Lexington Cnty SC Sch Dist No. 4 6.5% | A | Interest | | | Redeemed | 03/01 | J | | |
| 56. **York County SC Sch Dist No. 03 Rock Hill A 5.0% | A | Interest | | | Redeemed | 03/01 | J | | |
| 57. **Spartanburg SC Pub Facs Renaissance Park Cop 3.5% | A | Interest | | | Redeemed | 04/01 | K | | |
| 58. **Clemson Univ SC Unv Revs Plant Impt Fee Rf 4.15% | A | Interest | K | T | | | | | |
| 59. **Huntsville AL Health Care Authority MBIA 3.1% | A | Interest | | | Redeemed | 06/01 | K | | |
| 60. **Columbia SC Wtrwrks & Swr Sys RFDG OID 5.2 | A | Interest | J | T | | | | | |
| 61. **South Carolina St Cap Impt Rfdg Oid 2.0% | A | Interest | K | T | | | | | |
| 62. **Easley SC Util Rev Comb FSA 3.0% | A | Interest | K | T | | | | | |
| 63. **Horry County SC Sch Dist OID 5.6% | C | Interest | K | T | | | | | |
| 64. **Orange Co FL Tourist Dev Tax Rev B OID 6.0% | C | Interest | | | Redeemed | 10/01 | K | | |
| 65. **New York State TWY Auth Gen Rev OID 6.0% | C | Interest | L | T | | | | | |
| 66. **New York Urbn Dev Crp Rev Cap Sr 5 5.5% | C | Interest | L | T | | | | | |
| 67. **South Carolina EFA Prvt NNPR RV OID 4.25% | A | Interest | | | Buy | 01/09 | L | | |
| 68. | | | | | Redeemed | 03/01 | L | | |
| 69. **Dade County FL Sch Brd Cop Ser A OID 5.75% | A | Interest | | | Redeemed | 05/03 | K | | |
| 70. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 71. **Transocean Inc.: Common | | None | K | T | | | | | |
| 72. **Merrill Lynch Cash Accounts | C | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $5,,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 73. **Delhaize Group Spons Adr: Common | A | Dividend | K | T | | | | | |
| 74. **El Paso Corporation: Common | A | Dividend | J | T | | | | | |
| 75. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 76. **DirecTV Group Inc.: Common | | None | J | T | Exchange | 03/16 | J | | See VIII |
| 77. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 78. **CD: Doral Bank Catano 1.5% | | None | L | T | Buy | 1/05 | L | | |
| 79. **CD: Farmers First Bank | | None | L | T | Buy | 1/05 | L | | |
| 80. Merrill Lynch IRA Contains: | | | | | | | | | |
| 81. **BellSouth: Common | A | Dividend | J | T | | | | | |
| 82. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 83. **Avaya Inc.: Common | | None | J | T | | | | | |
| 84. **Agere Systems Inc. Class A: Common | | None | J | T | | | | | |
| 85. **Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 86. **US Treasury Strips (May 15, 2004) | B | Interest | | | Redeemed | 5/17 | J | | |
| 87. **Merrill Lynch Cash Accounts | A | Dividend | J | T | | | | | |
| 88. **CD: Athens First Bank | A | Interest | K | T | | | | | |
| 89. **CD: E*Trade Bank 1.45% | | None | L | T | Buy | 01/06 | L | | |
| 90. **CD: American National Bank | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 ( -P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 92. **Evergreen Prime Cash Fund | D | Interest | O | T | | | | | |
| 93. **Fed Home Ln Bank Bds 3.625% Due 10/15/2004 | C | Interest | | | Matured | 10/15 | L | | |
| 94. **Federal Home Ln Mtg Corp Bd 3.25% 11/15/2004 | C | Interest | | | Matured | 11/15 | L | | |
| 95. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 96. Bank America Corp.: Common | E | Dividend | O | T | | | | | |
| 97. The Boeing Co.: Common | C | Dividend | M | T | | | | | |
| 98. Campbell Soup Co.: Common | C | Dividend | M | T | | | | | |
| 99. Colgate-Palmolive Co.: Common | D | Dividend | N | T | | | | | |
| 100. Genereal Electric Co.: Common | E | Dividend | PI | T | | | | | |
| 101. Delphi Automotive: Common | A | Dividend | J | T | | | | | |
| 102. General Motors Corp.: Common | C | Dividend | L | T | | | | | |
| 103. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 104. IBM Corp.: Common | B | Dividend | M | T | | | | | |
| 105. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 106. El Paso Energy: Common | A | Dividend | K | T | | | | | |
| 107. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 108. Solutia Inc.: Common | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   PI = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Marathon Group: Common | B | Dividend | L | T | | | | | |
| 110. Seibels Bruce: Common | | None | J | T | | | | | See VIII |
| 111. Morgan Stanley: Common | A | Dividend | K | T | | | | | |
| 112. Sears Co.: Common | A | Dividend | K | T | | | | | |
| 113. Monsanto: Common | A | Dividend | L | T | | | | | |
| 114. Raytheon Co.: Common | A | Dividend | J | T | | | | | |
| 115. Texaco Inc.: Common | C | Dividend | L | T | | | | | |
| 116. The Allstate Group: Common | A | Dividend | J | T | | | | | |
| 117. Weyerhaeuser Co.: Common | B | Dividend | M | T | | | | | |
| 118. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 119. Springtree Associates Partnership: 1% Interest | B | Rent | J | W | | | | | |
| 120. Wachovia Bank Accounts: | B | Interest | M | T | | | | | |
| 121. CD: Bank of America | A | Interest | L | T | | | | | |
| 122. CD: Carolina First | B | Interest | M | T | | | | | |
| 123. CD: NBSC | A | Interest | M | T | | | | | |
| 124. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 125. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 126. Merrill Lynch SEP Contains: | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. **US Treasury Note 7.25% Due 05/15/2004 | B | Interest | | | Redeemed | 05/17 | J | | |
| 128. **US Treasury Note 7.25% Due 8/15/2004 | A | Interest | | | Redeemed | 8/16 | K | | |
| 129. **CD: MBNA America Bank | A | Interest | | | Redeemed | 03/31 | K | | |
| 130. **CD: Merrill Lynch Bank USA | A | Interest | | | Redeemed | 06/16 | K | | |
| 131. **CD: First USA Bank | B | Interest | K | T | | | | | |
| 132. **CD: MBNA America Bank | B | Interest | L | T | | | | | |
| 133. **CD: Cole Taylor Bank | B | Interest | | | Redeemed | 01/29 | L | | |
| 134. **CD: E-Trade Bank | | None | K | T | Buy | 1/06 | K | | |
| 135. **Merrill Lynch SEP Cash Accounts | A | Dividend | M | T | | | | | |
| 136. Wachovia Bank Trust Contains: | | | | | | | | | |
| 137. **Valiant Tax-Exempt Money Market Fund | A | Interest | J | T | | | | | |
| 138. **Evergreen SC Municipal Bond Fund Class 1 | D | Dividend | M | T | | | | | |
| 139. **Evergreen Large Cap Equity Fund Class 1 | B | Dividend | L | T | | | | | |
| 140. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 141. **US Treasury Bill Due 08/12/04 | C | Interest | | | Buy | 02/09 | O | | |
| 142. | | | | | Redeemed | 08/12 | O | | |
| 143. **US Treasury Bill Due 01/06/05 | | None | O | T | Buy | 07/09 | O | | |
| 144. **US Treasury Bill Due 02/12/04 | C | Interest | | | Redeemed | 02/12 | O | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D5)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $3,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. **US Treasury Bill Due 02/17/05 | | None | O | T | Buy | 08/16 | O | | |
| 146. **US Treasury Bill Due 07/08/04 | D | Interest | | | Buy | 01/06 | O | | |
| 147. | | | | | Redeemed | 07/08 | O | | |
| 148. **Lehman Brothers Bank CD: 02/27/2004 | A | Interest | | | Redeemed | 02/27 | K | | |
| 149. **SI Bank & Trust CD Staten Island NY 08/15/2005 | A | Interest | L | T | | | | | |
| 150. IRA: Citigroup Contains: | | | | | | | | | |
| 151. **Citigroup Cash Account | A | Interest | J | T | | | | | |
| 152. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 153. **Avaya Inc.: Common | | None | J | T | | | | | |
| 154. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |
| 155. **Agere Systems Inc. Class B: Common | | None | J | T | | | | | |
| 156. **Travelers Ppty Cas Corp -Class A: Common | | None | | | Merger | 04/02 | J | | See VIII |
| 157. **Travelers Ppty Cas Corp-Class B: Common | | None | | | Merger | 04/02 | J | | See VIII |
| 158. **St. Paul Travelers Co.: Common | A | Dividend | J | T | Merger | 04/02 | J | | See VIII |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Page 1, Line 3: During 2004, Allis Chalmers Corporation became known as Allis Chalmers Energy Inc.

Page 2, Line 28, 29 &30: St. Paul Companies and Travelers Property Casualty Corporation A and B merged on April 2, 2004. The new company will be known as St. Paul Travelers.

Page 3, Line 51:: The original bond reported in the Merrill Lynch account was South Carolina St Hsg Fn Dev Auth Mtg May 1996 5.5%. This bond had a basis of $10,000. This bond is actually two separate bonds and was incorrectly reported by Merrill Lynch as two separate bonds. On September 9, 2004 the SC State HFD 5.5% bond was redeemed. The South Carolina State Housing Fn Dev Authority bond remains in the Merrill Lynch Account.

Page 5, Line 76 & 77: Effective 3/16/2004, Hughes Electronics Corporation changed its name to DirecTV Group, Inc.

Page 7, Line 111: The Seibels Bruce stock was removed from the financial statement disclosure report because all the stock was thought to have sold in a prior year. During 2004, it was discovered that a portion of the investment was still owned. Therefore, it is being reported on this financial disclosure report.

Page 9, Line 157, 158 & 159: St. Paul Companies and Travelers Property Casualty Corporation A and B shares were merged on April 7, 2004. The new company will be known as St. Paul Travelers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _____ 5/10/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544